# P O R T A L E | R A N D A Z Z O

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

April 29, 2026

**<u>Via ECF</u>**
Honorable Jessica G.L. Clarke
Southern District of New York
300 Quarropas Street
White Plains, New York 10601



Re:    Irizarry v. Town of Wallkill
       <u>25-cv-04559 (JGLC)</u>

Dear Judge Clarke:

This firm represents the Defendant in the above-referenced matter and I write with the consent of Plaintiff's attorney Bianca Acquaviva to request that the in-person conference scheduled for tomorrow, April 30, 2026, at 12:00 p.m. be adjourned to a date after the Court decides Defendant's motion for summary judgment as the Court has already adopted the parties' proposed summary judgment briefing schedule.  (Doc. No. 25).

Thank you for your consideration.

Respectfully,

JAR/cp
cc:    Counsel of Record (Via ECF)

/s/ James A. Randazzo
James A. Randazzo

Application DENIED. The Court's Individual Rules require requests for adjournments to be filed "as early as possible, and at least 48 hours prior to the . . . scheduled appearance." Individual Rules and Practices in Civil Cases 2(e). Accordingly, the parties shall be prepared to briefly discuss: (1) the parties' respective views of the case post discovery; (2) the basis for any anticipated dispositive motions; and (3) settlement. The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: April 29, 2026
       White Plains, New York