# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410



June 16, 2026

**<u>Via ECF</u>**
Honorable Jessica G.L. Clarke
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Irizarry v. Town of Wallkill*
Case No.: 25-cv-04559 (JGLC)

Dear Judge Clarke:

This firm represents Defendant Town of Wallkill in the above-referenced matter. I write with the consent of Plaintiff's attorney, Bianca Acquaviva, to request a thirty-day extension of each deadline of the summary judgment briefing schedule that was set by the Court in its Order dated April 20, 2026 (ECF Doc. No. 25). Specifically, the parties request the Court reset the briefing schedule with deadlines as follows:

1) Motions originally due by June 18, 2026, deadline extended to July 20, 2026
2) Responses originally due by July 20, 2026, deadline extended to August 19, 2026
3) Replies originally due by August 3, 2026, deadline extended to September 2, 2026

This is the parties' first request for an extension of the summary judgment briefing schedule deadlines. Defendant makes the instant request because of an impending fact discovery deadline in a trademark infringement matter pending before Judge Caproni (*Emursive LLC v. From the Underground to Overground, et al.*, Case No.: 1:25-cv-8561 (VEC)) that requires review and supplemental production of more than 12,000 documents forwarded by our client on June 14, 2026, and conducting at least six depositions prior to June 30, 2026.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ James A. Randazzo
James A. Randazzo

245 MAIN STREET SUITE 340 WHITE PLAINS, NY 10601
WWW.PORTALERANDAZZO.COM
MAIN: 914-359-2400 | FAX: 914-801-5447

JAR/cp

cc:    Counsel of record (via ECF)

Application GRANTED. The Court HEREBY EXTENDS the deadlines as set forth above. The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: June 16, 2026
      White Plains, New York