UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANTAY S. IRIZARRY,

Plaintiff,

-against-

TOWN OF WALLKILL,

Defendant.

25-CV-4559 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 20, 2026, Defendant Town of Wallkill submitted its motion for summary judgment. *See* ECF No. 30. Pursuant to Local Civil Rule 56.1(a), Defendant filed a statement of material facts as to which it contends there is no genuine issue to be tried. *See* ECF No. 32. The Court's Individual Rules and Practices in Civil Cases "require[] the parties to also negotiate and submit, prior to or along with the movant's Rule 56.1 Statement, a joint Rule 56.1 Statement setting out all facts on which the parties agree." No joint Rule 56.1 Statement was filed with Defendant's summary judgment briefing. Accordingly, the Court directs the parties to submit their joint Rule 56.1 statement by August 12, 2026.

This deadline does not affect the deadline for Plaintiff's opposition, which is due August 19, 2026—nor does it affect the requirement pursuant to Local Civil Rule 56.1(b) that Plaintiff admit, deny, or otherwise respond to each numbered paragraph in Defendant's Rule 56.1 Statement.

Dated: July 23, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge